

The following constitutes the order of the court.
Signed September 12, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Cheryl Renee Johnson,

          Debtor.

No. 16-40800

Chapter 13

**MEMORANDUM REGARDING DEBTOR'S MOTION TO PURCHASE VEHICLE**

On September 11, 2017, Debtor filed a *Motion and Notice For Authority To Purchase Vehicle/Incur Debt* (doc. 41). The request made therein is one typically made of the Chapter 13 Trustee rather than this Court. Debtor should consult with the Trustee regarding this matter. If, after such a consultation, Debtor believes there remains an issue for the Court to dispose of, Debtor may file a declaration to that effect, and the Court will set the matter for a hearing.

**\*END OF MEMORANDUM\***

# COURT SERVICE LIST

**Cheryl Renee Johnson**
668 Wilson Avenue
Richmond, CA 94805